**UNITED STATES DISTRICT COURT**
District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| Warren E. Burger Federal Building and United States Courthouse 316 North Robert Street St. Paul, MN 55101 (651) 848-1100 | 202 U.S. Courthouse 300 South Fourth Street Minneapolis, MN 55415 (612) 664-5000 | 417 Federal Building 515 West First Street Duluth, MN 55802 (218) 529-3500 | 212 U.S. Courthouse 118 South Mill Street Fergus Falls, MN 56537 (218) 739-5758 |

June 8, 2010

RE:   Dunlap v Chubb Life Insurance Company of America
        4:96sc1035 JRT/RLE

To all counsel:

The United States District Court for the District of Minnesota is reviewing its sealed records.

After review, the court expects to unseal the records in the above captioned case. If you object to unsealing these records, you must notify the court in writing within 14 days of the date of this letter.

If you have questions regarding this notice, please call Thomas S. Schappa, Civil Supervisor at 612-664-5006.


Sincerely,


RICHARD D. SLETTEN, CLERK


BY:   Thomas S. Schappa, Civil Supervisor